BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                                    §
                                          §
   **Abri Health Services, LLC, et al.**     §          Case No.:
                                          §
                                          §
                                          §
       Debtor(s)     §
                                          §

## VERIFICATION OF CONSOLIDATED MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ☑ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **April 16, 2021**
_____

      */s/ Kevin O'Halloran*
_____
**Kevin O'Halloran**/**Chief Executive Officer**
Signer/Title

Date:   **April 16, 2021**
_____

      */s/ Liz Boydston*
_____
Signature of Attorney
**Liz Boydston**
**Polsinelli PC**
**2950 N. Harwood, #2100**
**Dallas, Texas 75201**
**214-661-5557   Fax: 214-397-0033**

  **84-3903319**
_____
Debtor's Social Security/Tax ID No.

_____
Joint Debtor's Social Security/Tax ID No.

.

Birch Communications
Attn: Nicole Scarberry-McKee
1301 Chestnut
Emporia, KS 66801


Centurylink
Attn: Legal-Bankruptcy Dept.
1025 El Dorado Blvd.
Broomfield, CO 80021


Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21217-1087


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Kyocera Document Solutions, Southwest
2825 Story Road West
Irving, TX 75038


Leighton Aiken
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Pkwy., #600
Plano, TX 75093


Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242


Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548


TXMS Real Estate Investments, Inc.
2829 Townsgate Rd., #350
Westlake Village, CA 91361